## Oscar P. Rubardt et al., Appellees, v. Stefan Lewandowski et al., Defendants.
## Appeal of Stefan Lewandowski and Genevieve Lewandowski, Appellants.

### Gen. No. 40,749.

opinion filed December 13, 1939. Nathan Schwartz, for appellants; Bernard Allen Fried, of counsel; Nelson, Slater & Boodell and Arthur F. McCormick, for certain appellees; William H. Leigh, for certain other appellees; Drennan J. Slater, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."

## Frances M. White, Appellee, v. Frank F. Hynes, Jr. et al., Appellants.

### Gen. No. 40,765.

opinion filed December 13, 1939. Edwin Terwilliger, for appellants; Leslie H. Whipp, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."